UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNLUCKY FILM INC.,<br>a Michigan Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>RED HAWK FILMS, INC.,<br>A New York Corporation,<br><br>  Defendant. | Case No: 2:24-cv-10149-TGB-EAS<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATION AND ORDER TO ADJOURN DATES

Upon the stipulation of the parties, by and through their counsels of record, the respective due dates of the Response/Reply and Hearing Date to the Motion for Preliminary Injunction (ECF No. 3), are extended to 21 days from the date of this Order, and/or by the further Order of this Court, to allow potential settlement discussions by the parties.

Agreed and stipulated to:

/s/ Augustine O. Igwe
Augustine O. Igwe (P40053)
Attorney for Plaintiff
Date: 4/8/2024

/s/ Ryan Heilman
Ryan Heilman (P63952)
Attorney for Defendant
Date: 4/8/2024

## ORDER TO ADJOURN DATES

PURSUANT to the stipulation of the parties:

IT IS ORDERED:

The respective due dates of the Response/Reply and Hearing Date to the Motion for Preliminary Injunction (ECF No. 3) are extended to 21 days from the date of this Order, and/or by the further Order of this Court. The Motion hearing date will be May 20, 2024 at 3:00 p.m.

Dated: April 10, 2024

                                           s/Terrence G. Berg
                                           U.S. District Court Judge