# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNLUCKY FILM INC., a Michigan corporation, | Case No. 2:24-cv-10149-TGB-EAS |
| Plaintiff/Counter-Defendant, | Hon. Terrence G. Berg |
| v. | Magistrate Judge Elizabeth A. Stafford |
| RED HAWK FILMS, INC., a New York corporation, | |
| Defendant/Counter-Plaintiff. | |

## STIPULATED ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Unlucky Film Inc. filed a Motion for Preliminary Injunction concurrently with its Complaint on January 19, 2024 (ECF No. 3). The Parties, having conferred regarding the relief sought in Plaintiff's Motion for Preliminary Injunction, hereby stipulate to maintain the *status quo* pending the litigation in the present action and agree to the following:

a. Defendant Red Hawk Films, Inc. shall not disclose, sell, and transfer any and all footage, interviews, notes, and hard drives prepared in relation to the production of the film tentatively titled *Unlucky* pursuant to the Production Services Agreement entered into by and between the Parties (ECF No. 1-2);

b. Defendant Red Hawk Films, Inc., within fourteen (14) days from entry of this Order, shall produce to Plaintiff a list of inventory regarding any and all footage, interviews, notes, and hard drives used or prepared in relation

      to the production of the film tentatively titled *Unlucky* pursuant to the Production Services Agreement entered into by and between the Parties. *Id*.

    c. The Parties agreed at the Status Conference held on April 30, 2024 to commence discovery for a 120-period.

Accordingly, it is hereby ORDERED that Plaintiff Unlucky Film Inc.'s Motion for Preliminary Injunction (ECF No. 3) be dismissed without prejudice and the hearing scheduled for Monday, May 20, 2024, at 3:00 p.m. be cancelled in light of the foregoing stipulation of the Parties.

It is further ORDERED that the Parties may take discovery for a 120-day period commencing from the date this Order is entered.

Dated: May 17, 2024

s/Terrence G. Berg  
Honorable Terrence G. Berg  
United States District Court Judge