UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNLUCKY FILM INC., a Michigan Corporation, | ) ) ) | Case No: 2:24-cv-10149-TGB-EAS |
| Plaintiff, | ) ) ) | Hon. Terrence G. Berg |
| v. | ) ) ) ) | Magistrate Judge Elizabeth A. Stafford |
| RED HAWK FILMS, INC., A New York Corporation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### **STIPULATION FOR SUBSTITUTION OF COUNSEL**

Upon the stipulation of counsels for Plaintiff, Unlucky Film Inc., Plaintiff substitutes ENRICO SCHAEFER (Bar No. P43506) of TRAVERSE LEGAL, PLC., as Counsel of Record for Plaintiff, in place of Mark C. Rossman (Bar No. P63034) and Isra K. Khuja (Bar No. P85658) of Rossman, P.C.

Contact information for new counsel is: TRAVERSE LEGAL, PLC., 810 Cottageview Drive, Unit G-20, Traverse City MI 49684; Phone: 231-932-0411; Email: Enrico.schaefer@traverselegal.com.

Agreed and Stipulated to on August 9, 2024:

Plaintiff: Unlucky Film Inc.

 /s/ Timothy Mucciante
By: Timothy Mucciante for Plaintiff Unlucky Film Inc.

Former Attorney:

By:   /s/ Mark C. Rossman
Mark C. Rossman (P63034)
ROSSMAN, P.C.
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481
Dated: May 7, 2024
mark@rossmanpc.com

New Attorney:

/s/ Enrico Schaefer
Enrico Schaefer (P43506)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI  49684
Phone:  231 932 0411
enrico.schaefer@traverselegal.com

### ORDER FOR SUBSTITUTION OF COUNSEL

PURSUANT to the stipulation of the parties:

IT IS ORDERED:

ENRICO SCHAEFER (Bar No. P43506) of TRAVERSE LEGAL, PLC, is substituted as Counsel of Record for Plaintiff, Unlucky Film Inc., in place of Mark C. Rossman (P63034) and Isra K. Khuja (P85658) of  Rossman, P.C.
.

 Dated: August 14, 2024         /s/Terrence G. Berg
                                HON. TERRENCE G. BERG
                                UNITED STATES DISTRICT JUDGE