UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF MICHIGAN

UNLUCKY FILM INC.,
a Michigan Corporation,

    Plaintiff,

v.

RED HAWK FILMS, INC.,
a New York Corporation,

    Defendant.

Case No. 2:24-cv-10149-TGB-EAS

Hon. Terrence G. Berg

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF COMPLIANCE WITH ORDER OF JULY 21, 2025

Pursuant to the Court's Order of July 21, 2025, the undersigned has notified Plaintiff's principal, Timothy Mucciante, of said order via email, which receipt was acknowledged. The undersigned has also provided Plaintiff's mailing address to the Court via email to the Case Manager on July 21, 2025, and provided the same address to counsel of record for the Defendant in this matter, also by email on July 21, 2025.

          Respectfully submitted,

Dated: July 21, 2025          By /s/ Jessica Fleetham
          Jessica Fleetham (P81038)

          Evia Law PLC
          32400 Telegraph Rd. Suite 103
          Bingham Farms, MI 48025
          Tel: 248-243-1201
          Email: jessica@evialaw.com

          *Attorneys for Plaintiff*