## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNLUCKY FILM INC.

                     Plaintiff/Counter-Defendant,

                                  Case No. 2:24-cv-10149-TGB-EAS

v.

                                  Hon. Terrence G. Berg
                                  Magistrate Judge Elizabeth A. Stafford

RED HAWK FILMS, INC.

                     Defendant/Counter-Plaintiff.

_____/

LAW OFFICES OF RICHARD M. SHULMAN
RICHARD M. SHULMAN (P51931)
Attorney for Plaintiff/Counter-Defendant
23855 Northwestern Hwy.
Southfield, MI 48075
248-621-3711
rshulman@rshulmanlaw.com

Ryan D. Heilman
Heilman Law PLLC
Attorney for Defendant/Counter-Plaintiff
40900 Woodward Ave, Ste 100
Bloomfield Hills, MI 48304
248-835-4745
Email: ryan@heilmanlaw.com
_____/

## **NOTICE OF APPEARANCE**

      RICHARD M. SHULMAN of LAW OFFICES OF RICHARD M. SHULMAN hereby

enters his appearance as counsel for Plaintiff/Counter-Defendant Unlucky Film Inc. in the above-

captioned action.

                           By: RICHARD M. SHULMAN (P51931)

                           /S/Richard M. Shulman(P51931)_____
                           Richard M. Shulman (P51931)

Attorney for Plaintiff/Counter-Defendant
23855 Northwestern Hwy
Southfield, MI 48075
Telephone 248-621-3711
rshulman@rshulmanlaw.com

Dated: July 25, 2025