UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br><br>　Plaintiff,<br>　vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>　Defendant/Counter-Plaintiff. | 2:24-CV-10149-TGB-EAS<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

**DEFENDANT'S RESPONSE TO
RICHARD M. SHULMAN'S MOTION
FOR WITHDRAWAL AS COUNSEL FOR PLAINTIFF**

Defendant and Counter-plaintiff Red Hawk Films, Inc. ("Red Hawk") states as follows for its Response ("Response") to Richard M. Shulman's Motion Requesting for Withdrawal as Counsel for Plaintiff ("Motion"):

**Limited Concurrence**

1.　Red Hawk has no objection to the relief requested by Mr. Shulman in the Motion, provided that is withdrawal does not create any further delay in this matter.

## Request to Avoid Any Delays

2. Mr. Shulman is Plaintiff's *sixth* attorney of record in this case. All other attorneys have withdrawn by motion.

3. On July 11, 2025, the Court held an in-person hearing on the motion to withdraw by Plaintiff's fifth attorney, Ms. Fleetham. Ms. Fleetham indicated that she was withdrawing because the Plaintiff had not made promised payments. Red Hawk filed a limited concurrence that detailed much of the history of this litigation ("Limited Concurrence," ECF # 50). Red Hawk incorporates the Limited Concurrence and its Exhibits.

4. When asked by the Court at the July 11 hearing whether any of Plaintiff's attorneys had been paid, Mr. Mucciante, Plaintiff's owner and principal, indicated that he did not know and would need to check with the company's accountants.

5. It is beyond belief that Mr. Mucciante did not immediately know if any of the five attorneys employed through that point in the litigation had been paid. The clear implication is that Plaintiff began this litigation in January 2024 and continued the litigation for almost two years now, without paying any of its attorneys.

6. While Plaintiff has been playing games and defrauding its counsel one after another, Red Hawk has been incurring its own substantial legal fees in an attempt to litigate this matter properly. An attempt that has been thwarted and hindered at every turn by Plaintiff's and Mucciante's improper conduct – conduct that includes lying directly to this Court in a sworn affidavit that Plaintiff "has all the necessary resources to continue this litigation and to consider settlement of this matter." Affidavit of Timothy Mucciante, attached Exhibit B to the Limited Concurrence, ¶14. Mr. Mucciante also made multiple representations directly to this Court that there would be no further withdrawals of counsel as set forth in the Limited Concurrence.

7. All the delays and misrepresentations in this litigation cause Red Hawk real damages. Unlike Unlucky, Red Hawk is a real company that pays its bills and litigates honestly.

8. Red Hawk is entitled to its day in Court to prove Unlucky's allegations are false and to obtain a judgment against Unlucky for the amounts due and owing to Red Hawk.

9. At the July 11, 2025 hearing, this Court directly warned Mr. Mucciante that if Unlucky were unable to retain counsel, the Court would consider dismissal of Unlucky's claims.

10. This same warning was repeated in the Court's text orders on the docket dated July 16, 2025 and July 18, 2025.

11. Notwithstanding this Court's warnings, Plaintiff has again retained counsel based on misrepresentations and failed to make promised payments.

12. If Unlucky cannot retain counsel, this Court should dismiss Unlucky's claims. Red Hawk intends to file its own motion for default or dismissal in the near future. In the meantime, Plaintiff should be afforded no additional delay.

## **Conclusion**

13. Therefore, for the reasons stated above, Red Hawk requests that the Court promptly rule on Mr. Shulman's Motion to Withdraw as Counsel in such a way that there is no further delay in this case.

Respectfully submitted,

HEILMAN LAW PLLC

Dated:  October 3, 2025         By:  /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorney for Red Hawk Films, Inc.
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com