UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILMS INC.**, <br> Plaintiff, <br> vs. <br><br> **RED HAWK FILMS, INC.**, <br> Defendant. | 2:24-CV-10149-TGB-EAS <br><br> HON. TERRENCE G. BERG <br><br> **ORDER DENYING AS MOOT DEFENDANT'S OMNIBUS MOTION (ECF NO. 61)** <br><br> **AND CORRECTING THE COURT'S OCTOBER 23, 2025 ORDER (ECF NO. 62).** |

While the Court was preparing its Order dated October 23, 2025, ECF No. 62, Defendant filed a motion requesting "An Expedited Hearing on Defendant's Motion for Entry of a Default Judgment" and "Permission for Defendant's Representative to Participate Remotely in the Final Pre-Trial and Settlement Conference." ECF No. 61.

This motion is now moot because in its Order dated October 23, 2025, the Court denied without prejudice Defendant's Motion for Entry of a Default Judgment and cancelled the final pre-trial and settlement conference. Consequently, Defendant's October 21, 2025 motion (ECF No. 61) hereby **DENIED AS MOOT**.

In addition, counsel for Plaintiff has brought to the Court's attention that the portion of the title of the Court's Order dated October 23, 2025 granting counsel's motion to withdraw spelled counsel's name incorrectly as Richard M. *Schulman*, when counsel's correct name is Richard M. *Shulman*. *See* ECF No. 62, PageID.1187. Although the body of the Order and its conclusion refers correctly to Plaintiff's counsel as Richard M. Shulman, the Court regrets the error and hereby **CORRECTS THE TITLE** in part of its Order dated October 23, 2025 to read: **OPINION AND ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY RICHARD M. SHULMAN (ECF NO. 57)**. There should be no doubt: the attorney who is granted permission to withdraw as counsel in this case is Richard M. Shulman.

**SO ORDERED.**

Dated: October 27, 2025  s/Terrence G. Berg
                                            HON. TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE