UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.**, <br> Plaintiff, <br> vs. <br> **RED HAWK FILMS, INC.**, <br> Defendant/Counter-Plaintiff. | **2:24-CV-10149-TGB-EAS** <br> Hon. Terrence G. Berg <br> Magistrate Judge Elizabeth A. Stafford |

### DEFENDANT'S RENEWED MOTION FOR ENTRY OF A DEFAULT JUDGMENT ON DEFENDANT'S COUNTERCLAIMS

Defendant and Counter-plaintiff Red Hawk Films, Inc. ("Defendant" or "Red Hawk") moves for entry of a default judgment against Unlucky Film Inc. ("Plaintiff" or "Unlucky") and in favor of Defendant for all readily ascertainable damages set forth in Defendant's Counterclaim: contractual damages of $97,706.88 for unpaid invoiced amounts, and $87,500 for unpaid director and production fees, for total readily ascertainable damages of $185,206.88. See Counterclaim, p. 12 (ECF No. 10; Page ID 161).

The facts and law supporting this Motion are set forth in the attached brief.

                                        Respectfully submitted,

                                        HEILMAN LAW PLLC

Dated:  October 27, 2025        By:  /s/ Ryan D. Heilman
                                        Ryan D. Heilman (P63952)
                                        Attorney for Red Hawk Films, Inc.
                                        40900 Woodward Ave., Suite 100
                                        Bloomfield, MI 48304
                                        (248) 835-4745
                                        ryan@heilmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br><br>  Plaintiff,<br>  vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>  Defendant/Counter-Plaintiff. | 2:24-CV-10149-TGB-EAS<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

**BRIEF IN SUPPORT OF
DEFENDANT'S RENEWED MOTION FOR ENTRY OF A
DEFAULT JUDGMENT ON DEFENDANT'S COUNTERCLAIMS**

**I.    Introduction.**

On October 20, 2025, Defendant filed its Motion for Entry of a Default Judgment in Favor of Defendant (the "First Motion for Default Judgment," ECF No. 60). On October 23, 2025, this Court entered its Opinion and Order Granting Motion for Withdrawal of Attorney Richard M. Schulman (ECF No. 57), Dismissing Unlucky Films Inc.'s Claims, Directing the Clerk of the Court to Enter Default Against Unlucky Films Inc., Denying Red Hawk Films, Inc.'s Motion to Expedite (ECF No. 59) as Moot, and Denying Red Hawk Films, Inc.'s Motion for

1

Entry of a Default Judgment (ECF No. 60) without Prejudice (the "October 23 Order," ECF No. 62).

Among other things, the October 23 Order stated: "Once the Clerk enters a default in accordance with this Order, Defendant may, pursuant to Fed. R. Civ. P. 55(b), file a motion for a default judgment accompanied by a proposed order for default judgment, listing the appropriate amounts." October 23 Order, fn. 1 [PageID 1189].

The clerk entered Defendant's default on October 23, 2025. ECF No. 63. Accordingly, this is Defendant's Renewed Motion for Entry of a Default Judgment on Defendant's Counterclaims ("Renewed Motion").

## II.   Statement of the Facts.

Defendant incorporates by reference the facts set forth in the First Motion for Default Judgment as well as the facts set forth in this Court's October 23 Order.

For purposes of this Renewed Motion, the facts may be summarized as follows:

Plaintiff commenced this case against Red Hawk on January 19, 2024 by filing its complaint against Defendant. ECF No. 1. Defendant

timely filed an Answer, Affirmative Defenses and a Counter-Claim. ECF No. 10.

The Counterclaim calculates the amount of invoices submitted to Unlucky Film Inc. ("Plaintiff" or "Unlucky"), deducts the amounts paid and sets forth the ascertainable amount due: $97,706.88 for unpaid invoices from Unlucky, and $87,500 for unpaid contractually required director and production services fees, for total readily ascertainable damages in the amount of $185,206.88. Counterclaim, pp. 7-8, 11-12 [PageID 156-157, 160-161].[1] An affidavit showing the amount owed is attached as Exhibit A.

During almost two years of litigation, six separate law firms represented Unlucky. Apparently, none of the law firms were paid for their services. Theft of services is, ironically, the crux of Red Hawk's Counterlcaims against Unlucky – the very same types of actions that

---

[1] The Counterclaim also seeks compensation for reputational damages, various attorneys' fees, and pre and post-judgment interest. To the extent a judgment is entered by the clerk under Fed. R. Civ. P. 55(b)(1) or is otherwise entered without the need for further hearings in this matter, Red Hawk agrees to not pursue these additional forms of damages. To the extent additional hearings are necessary to obtain judgment, Red Hawk reserves the right to pursue all damages set forth in the Counterclaim.

precipitated Red Hawk's claims were also used by Unlucky in its efforts to defend against Red Hawk's claims.

For the reasons set forth at length in the October 23 Order, this litigation must be brought to a final conclusion. Now that the clerk has entered a default against Unlucky, it is appropriate for entry of a default judgment to follow.

### III.  Legal Argument

Pursuant to Fed. R. Civ. P. 55(b)(1), after entry of a default and on request of the non-defaulting party, with an affidavit showing the amount due, the clerk must enter judgment if the claim "is for a sum certain or a sum that can be made certain by computation."

Red Hawk's damages are for a sum certain as set forth in the Counterclaim and the attached Affidavit: contractual damages of $97,706.88 for unpaid invoiced amounts and $87,500 for unpaid director and production fees, for total readily ascertainable damages of $185,206.88. See Counterclaim, p. 12 (ECF No. 10; Page ID 161); Affidavit attached as Exhibit 1.

Because the damages are for a sum certain, Red Hawk requests that the clerk be instructed to enter default judgment in favor of Red Hawk and against Unluck in the amount of $185,206.88.

For purposes of this Motion, if a default judgment is granted, Defendant is willing to forego the portions of its Counterclaim that are not readily ascertainable, including all reputational damages and attorneys' fees.

To the extent the Court determines for any reason that judgment should not be entered under Fed. R. Civ. P. 55(b)(1), Red Hawk requests that the Court enter a default judgment in favor of Red Hawk and against Unlucky under Fed. R. Civ. P. 55(b)(2). Notice of this Motion has been served on Unlucky at the last known address as set forth in the Court's October 27, 2025 text only certificate of service.

## IV. Conclusion.

For all the reasons set forth above, Defendant requests that a default judgment against Plaintiff and in favor of Defendant awarding Defendant a money judgment in favor of Defendant in the amount of $185,206.88.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: October 27, 2025  By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorney for Red Hawk Films, Inc.
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNLUCKY FILM INC., <br><br> Plaintiff, <br><br> vs. <br><br> RED HAWK FILMS, INC., <br><br> Defendant/Counter-Plaintiff. | 2:24-CV-10149-TGB-EAS <br><br> Hon. Terrence G. Berg <br><br> **Magistrate Judge Elizabeth A. Stafford** |

**AFFIDAVIT REGARDING
DEFENDANT'S RENEWED MOTION FOR ENTRY OF A
DEFAULT JUDGMENT ON DEFENDANT'S COUNTERCLAIMS**

I, Scott Rosenbaum, hereby declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this Declaration. All facts stated in this Declaration are true and correct to the best of my knowledge.

2. I am the sole owner of Defendant / Counter-Plaintiff Red Hawk Films, Inc. ("Red Hawk"). Red Hawk is a New York corporation with its principal place of business located in New York.

3. The amounts set forth in Red Hawk's Counterclaim in this matter are due and owing by Unlucky Film Inc. to Red Hawk after accounting for all payments made by Unlucky Film Inc.: contractual damages of $97,706.88 for unpaid invoiced amounts, and $87,500 for unpaid contractually required director and production services fees, for total readily ascertainable contract damages in the amount of $185,206.88.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on October 27, 2025 in Glen Head, New York.

*/s/ Scott Rosenbaum*
Scott Rosenbaum