UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNLUCKY FILM INC.**, a Michigan corporation

    Plaintiff/Counter-Defendant,

v.

**RED HAWK FILMS, INC.,** a New York corporation

    Defendant/Counter-Plaintiff.

Case No.: 2:24-cv-10149

Judge Terrance G. Berg

| | |
|---|---|
| Alari K. Adams (P73324)<br>**A\|SQUARED LEGAL GROUP, PLC**<br>607 Shelby Suite 728<br>Detroit, Michigan 48226<br>313-702-2222<br>aa@asquaredlegal.com<br>*Attorney for Plaintiff/Counter-Defendant* | Ryan Heilman (P73324)<br>**HEILMAN LAW PLLC**<br>40900 Woodward Ave Suite 100<br>Bloomfield Hills, Michigan 48304<br>248-835-4745<br>ryan@heilmanlaw.com<br>*Attorney for Defendant/Counter-Plaintiff* |

## NOTICE OF APPEARANCE

    **PLEASE ENTER** the appearance of, Alari K. Adams, Esq. of A|Squared Legal Group, PLC, as counsel of record for Plaintiff/Counter-Defendant Unlucky Film Inc., in the above-captioned case.

Respectfully Submitted,
**A|SQUARED LEGAL GROUP, PLC**

/s/ Alari K. Adams, Esq.
Alari K. Adams, Esq. (P73324)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 30, 2025, the foregoing document was electronically filed with via the Court's CM/ECF system, which will then send a notification of such filing to the above attorney(s) of record.


<u>/s/ Alari K. Adams, Esq.</u>
Alari K. Adams (P73324)
Attorney for Plaintiff/Counter-Defendant
607 Shelby Suite 728
Detroit, Michigan 48226
(313) 702-2222
