UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Unlucky Film Inc.,

                Plaintiff(s),

v.                                         Case No. 2:24–cv–10149–TGB–EAS
                                                              Hon. Terrence G. Berg

Red Hawk Films, Inc.,

                Defendant(s),

_____/

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion for Default Judgment – #65

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Emily P Vradenburg
                                                             Case Manager

Dated:   October 30, 2025