UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>Defendant/Counter-Plaintiff. | 2:24-CV-10149-TGB-EAS<br><br>HON. TERRENCE G. BERG<br><br>**JUDGMENT ON DEFENDANT'S COUNTERCLAIMS** |

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 15, 2025, default judgment is **ENTERED** against Plaintiff and in favor of Defendant on Defendant's Counterclaim. Defendant is awarded damages against Plaintiff in the amount of $185,206.88, plus all fees and expenses incurred by Defendant in attempting to collect on this Judgment.

IT IS SO ORDERED.

Dated: December 15, 2025         s/Terrence G. Berg
                                 HON. TERRENCE G. BERG
                                 UNITED STATES DISTRICT JUDGE