UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC 17 2025
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| **UNLUCKY FILMS INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>Defendant. | 2:24-CV-10149-TGB-EAS<br><br>HON. TERRENCE G. BERG<br><br>**ORDER DENYING AS MOOT DEFENDANT'S OMNIBUS MOTION (ECF NO. 61)**<br><br>**AND CORRECTING THE COURT'S OCTOBER 23, 2025 ORDER (ECF NO. 62).** |

While the Court was preparing its Order dated October 23, 2025, ECF No. 62, Defendant filed a motion requesting "An Expedited Hearing on Defendant's Motion for Entry of a Default Judgment" and "Permission

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
LEVIN UNITED STATES COURTHOUSE
EST LAFAYETTE BLVD.-ROOM 564
ETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

KB ✓

RECEIVED
DEC 17 2025
CLERK'S OFFICE
DETROIT

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 48226 $ 000.74
02 7W
0008037343 NOV. 03. 20

U.S. MARSHAL

Undeliverable as addressed
Return to sender

NIXIE        482    DC 1        0012/13/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 48226271839    *0890-06453-13-09

RECEIVED
DEC 17 2025
CLERK'S OFFICE
DETROIT