UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Unlucky Film Inc.,

                Plaintiff(s),

v.                                      Case No. 2:24–cv–10149–TGB–EAS
                                      Hon. Terrence G. Berg

Red Hawk Films, Inc.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion for Order – #72
        Motion to Enforce Judgment – #72
        Motion to Expedite – #72

IT IS HEREBY ORDERED that Unlucky Film Inc. shall file a response to the above document on or before January 23, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                          s/Terrence G. Berg
                                          Terrence G. Berg
                                          U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/Emily P Vradenburg
                                            Case Manager

Dated:   January 16, 2026