UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Unlucky Film Inc.,

                Plaintiff(s),

v.                                                Case No. 2:24−cv−10149−TGB−EAS
                                                Hon. Terrence G. Berg

Red Hawk Films, Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  January 29, 2026 at 10:00 AM

The conference shall be initiated by Defendant.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Counsel for Defendant shall initiate the call and include the Court when all parties are present by calling (313) 234 2640.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Emily P Vradenburg
                                                          Case Manager

Dated:   January 16, 2026