UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.**, Plaintiff/Counter-Defendant, v. **RED HAWK FILMS, INC.**, Defendant/Counter-Plaintiff. | 2:24-cv-10149-TGB-EAS  Judge Terrance G. Berg  Magistrate Judge Elizabeth A. Stafford |

COUNTER-DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTER-PLAINTIFF'S EX-PARTE POST-JUDGMENT MOTION

Plaintiff/Counter-Defendant, Unlucky Film Inc. ("Unlucky Film"), by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Extension of Time to File a Responsive Pleading to *Counter-Plaintiff's Ex-Parte Post-Judgment Motion For Injunction Preventing Counter-Defendant From Transferring Assets And To Approve Process In Aid Of Collection On Judgment* ("Ex-Parte Motion," ECF No. 72). In support of this Motion, Unlucky Film state:

1. Defendant/Counter-Plaintiff, Red Hawk Films, Inc. ("Red Hawk") has filed its Ex-Parte Motion on January 16, 2026. Accordingly, Unlucky Film's response is currently due on January 23, 2026.

2. Unlucky Film respectfully requests a three (3) day extension of time to respond to the Ex-Parte Motion, up through and including January 26, 2026.

3. Unlucky Film's counsel needs additional time to confer with Unlucky Film in order to prepare a proper response to the Ex-Parte Motion.

4. Unlucky Film's counsel conferred with Red Hawk's attorney with respect to the relief sought in this Motion. Red Hawk's attorney agreed to the extension, up to and including January 26, 2026.

5. A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Plaintiff/Counter-Defendant respectfully request the Court to enter an Order granting the extension of time for Plaintiff/Counter-Defendant to respond to Red Hawk's Ex-Parte Post-Judgment Motion, up to and including January 26, 2026.

Respectfully Submitted,

A|SQUARED LEGAL GROUP, PLC

Dated: January 21, 2026

/s/ Alari K. Adams, Esq.
Alari K. Adams (P73324)
Attorney for Plaintiff/Counter-Defendant
607 Shelby Suite 728
Detroit, Michigan 48226
(313) 702-2222

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2026, the foregoing document was electronically filed with via the Court's CM/ECF system, which will then send a notification of such filing to the above attorney(s) of record.

/s/ Alari K. Adams, Esq.
Alari K. Adams (P73324)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.**, Plaintiff/Counter-Defendant, <br><br> v. <br><br> **RED HAWK FILMS, INC.**, Defendant/Counter-Plaintiff. | 2:24-cv-10149-TGB-EAS <br><br> Judge Terrance G. Berg <br><br> Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING COUNTER-DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTER-PLAINTIFF'S EX-PARTE POST-JUDGMENT MOTION**

Having considered Plaintiff/Counter-Defendant's Unopposed Motion for Extension of Time to Respond to Defendant/Counter-Plaintiff's Ex-Parte Post-Judgment Motion, and pursuant to FRCP 6(b)(1)(A), **IT IS HEREBY ORDERED THAT** Plaintiff/Counter-Defendant's Motion is **GRANTED. Therefore:**

Plaintiff/Counter-Defendant's Response to Defendant/Counter-Plaintiff's Ex-Parte Post-Judgment Motion shall be due on January 26, 2026;

**SO ORDERED.**

DATED:_____    /s/_____
                                   Judge Terrance G. Berg