UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** Plaintiff/Counter-Defendant, v. **RED HAWK FILMS, INC.,** Defendant/Counter-Plaintiff. | 2:24-cv-10149-TGB-EAS Judge Terrance G. Berg Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING COUNTER-DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTER-PLAINTIFF'S EX-PARTE POST-JUDGMENT MOTION**

Having considered Plaintiff/Counter-Defendant's Unopposed Motion for Extension of Time to Respond to Defendant/Counter-Plaintiff's Ex-Parte Post-Judgment Motion, and pursuant to FRCP 6(b)(1)(A), **IT IS HEREBY ORDERED THAT** Plaintiff/Counter-Defendant's Motion is **GRANTED. Therefore:**

Plaintiff/Counter-Defendant's Response to Defendant/Counter-Plaintiff's Ex-Parte Post-Judgment Motion shall be due on January 26, 2026;

**SO ORDERED.**

DATED: January 21, 2026                    /s/Terrence G. Berg
                                           Judge Terrance G. Berg