UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br>Plaintiff,<br><br>vs.<br><br>**RED HAWK FILMS, INC.,**<br>Defendant/Counter-Plaintiff. | **2:24-cv-10149-TGB-EAS**<br><br>**HON. TERRENCE G. BERG** |

## AFFIDAVIT OF TIMOTHY MATTHEW MUCCIANTE REGARDING PAYMENT OF JUDGMENT

**Background and Court Order**

1. I am the Plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth in this Affidavit and could competently testify to them if called as a witness.

2. On January 29, 2026, the Court entered an Order directing Plaintiff to pay the amount of the Judgment, in full, to Defendant by close of business on February 2, 2026, and to file an affidavit confirming that such payment has been completed and the funds received by Defendant.

**Method of Payment**

3. Unbeknownst to my legal counsel, my bank does not have a physical branch located in Michigan. Therefore, I would not have been able to obtain and deliver a cashier's check or certified check for full payment of the Judgment within the timeframe set by this Court.

4. Therefore, I relied upon wiring instructions previously provided by Defendant to ensure full payment could be transmitted to Defendant by February 2, 2026, per this Court's Order.

**Account Validation and Initiation of Wire Transfer**

5. Defendant previously provided wiring instructions for a JPMorgan Chase Bank, N.A. checking account ending in 8759, and Plaintiff has previously made payments to Defendant using that account.

6. On January 29, 2026 at approximately 3:43 PM, I initiated an account-validation process through my financial institution to ensure the Defendant's designated account remained open and valid.

7. On Friday, January 30, 2026 at approximately 9:11 AM, my financial institution provided an initial validation indicating that the Defendant's Chase account was open and active.

8. Relying on that validation, I initiated the process of sending out an outgoing wire transfer on Friday, January 30, 2026 at approximately 1:03 PM, in the full judgment amount of $185,206.88 payable to Red Hawk Films. The transaction number confirming the initiation of this transfer is #1947375225.

**Bank Compliance Review and Documentation**

9. In connection with the outgoing wire transfer, my financial institution requested documentation confirming the lawful purpose of the transaction to ensure compliance with applicable anti-money laundering regulations and the USA PATRIOT Act.



10. Shortly after receiving that request, I uploaded to my bank's secure servers a true and correct copy of the Court's Order dated December 15, 2025.

**Chase Internal Review of Incoming Wires**

11. Having dealt with the Chase wire room many times in the past and being very familiar with their policies and procedures, I felt it was important to reach out to Chase to obtain clarification regarding when Defendant would actually receive the funds.

12. During that call, I was advised that incoming wire transfers—particularly large-dollar transfers—may be subject to internal review and temporary hold before being credited to a customer's account. A true and correct transcript of that call is attached as Exhibit A.

**Completion of Payment**

13. Once the wire transfer had been initiated, I had no control over Chase's internal review process or the timing of any crediting of the funds.

14. Under Article 4A of the Uniform Commercial Code, when a wire transfer is used to satisfy an obligation, the obligation is discharged.

15. I initiated the payment process to satisfy the Judgment in good faith and in compliance with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 02, 2026.

_____
Timothy Matthew Mucciante

STATE OF ____Texas____ )
COUNTY OF ___Tarrant___ ) ss.

On this February 02, 2026, before me, the undersigned Notary Public, personally appeared Timothy Matthew Mucciante, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires: __March 15, 2026__

Document Notarized using a Live Audio-Video Connection



BRITTANY RENE COPELAND
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID: 133645929
COMISSION EXP: MARCH 15 2026

# EXHIBIT A

Transcript of February 2, 2026 Call with JPMorgan Chase Bank Wire Research Team

Automated: ... will be monitored and recorded and your voice may be used for verification.

Christine: Thank you for calling Chase [inaudible 00:00:14] This is Christine Anglo. This phone call is monitored and recorded. May I have her [sic] full name and the account number you're calling in for?

Timothy: My full name is Timothy Mucciante, but I don't have an account there. I'm calling to ask about a general question regarding wire transfer receipt. Can you help me with that?

Christine: What do you need with that, sir? Since you're not a client with Chase.

Timothy: I have a court ordered payment that I have to pay to a customer at Chase and I initiated that payment from my bank, but I'm concerned that when Chase receives it, there's going to be a delay possibly in getting it to the customer and the payment's due today. So my question is, are wire transfers that come in, and this one's quite large, immediately accredited, or is there a delay period in your system to credit that?

Christine: Regarding that, sir, per incoming and outgoing wires are being reviewed. So depending on the review, it may or may not be placed in hold.

Timothy: I'm sorry. There may or may not be a hold placed on the incoming wire?

Christine: That is right.

Timothy: Depending on the outcome of the review by Chase. Is that right?

Christine: That is right, sir. Yep.

Timothy: Okay. That's all I need to know. I just need to be able to advise the court appropriately in terms of the timing. Thank you very much.

Christine: You're welcome. You take care then. Thank you for calling.

Timothy: You too. Thank you. Bye-bye.

Christine: Bye-bye.