UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** <br> Plaintiff, <br> vs. <br> **RED HAWK FILMS, INC.,** <br> Defendant. | **2:24-CV-10149-TGB-EAS** <br> HON. TERRENCE G. BERG |

### DECLARATION OF NON-PAYMENT BY SCOTT ROSENBAUM

I, Scott Rosenbaum, hereby declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this Declaration. All facts stated in this Declaration are true and correct to the best of my knowledge.

2. I am the sole owner of Defendant / Counter-Plaintiff Red Hawk Films, Inc. ("Red Hawk"). Red Hawk is a New York corporation with its principal place of business located in New York.

3. I checked Red Hawk's Chase business account at 11:40 a.m. this morning (February 3, 2026). As of that time, Red Hawk had received a sum total of one wire transaction in the amount of $30.00 with additional information noted as "TEST RED BADGE FILMS INC - WR." Transaction details provided by Chase are attached as Exhibit 1.

4.    Based on previous experience with Unlucky Film Inc. ("<u>Unlucky</u>") and Mr. Mucciante, it appears that Red Badge Films Inc. is a company owned and/or controlled by Mr. Mucciante.

5.    Other than this single $30 deposit, Red Hawk has received no funds that could be associated with Unlucky or Mr. Mucciante.

6.    Red Hawk has not received any transfers from any source in the amount of $185,206.88 or any similar amount. And since the January 29, 2026 conference in this matter, other than the one $30 transfer described above, Red Hawk has received no transfers or payments except ordinary course business transfers, none of which exceeded $1,000.

7.    I can affirm with certainty that Red Hawk has not received payment on the judgment issued by this Court in this matter.

8.    I called Chase Bank today and inquired about potential incoming wire transfers and was informed that there were no incoming wire transfers for this account.

9.    Attached as Exhibit 2 are emails between previous counsel for Unlucky and Red Hawk from January 2022, in which Unlucky represented that it would make an international wire transfer and, very similar to the situation at present, the promised wire transfer was never received. Unlucky has been making the same claims about wanting to make wire transfers to Red Hawk for more than three years.

10. Attached as Exhibit 3 is an August 2024 email chain between Mr. Mucciante and his former counsel attached to a pleading submitted in Onondaga County, New York. This email chain represents another example of Mr. Mucciante failing to complete a promised wire transfer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on February 3, 2026 in Glen Head, New York.

*scott rosenbaum*
_____

Scott Rosenbaum

# EXHIBIT 1

CHASE for BUSINESS®

Printed from Chase for Business

# Transaction details

## Red Hawk Main (...8759)

**$30.00**
Incoming wire transfer

Jan 30, 2026
Posted date

Red Hawk Main (...8759)
Account name

2364400030JO
Transaction ID

POSTED
Status

CHASUS33
SWIFT/FED/CHIP ID

## Beneficiary information

| | |
|---|---|
| Account | ....8759 |
| Name | RED HAWK FILMS, INC. |
| Address | ▓▓▓▓▓▓▓▓▓▓ GLEN HEAD NY 11545▓▓▓ US |

## Bank information

| | |
|---|---|
| Related references | CAP OF 26/01/30 |
| Bank references number | ▓▓▓▓▓▓ |

## Additional information

| | |
|---|---|
| Additional information | TEST RED BADGE FILMS INC -WR |

For transaction details, please refer to the periodic statement for the official record of this transaction.

JPMorgan Chase Bank, N.A. Member FDIC        ©2026 JPMorgan Chase & Co        Equal Opportunity Lender

Case 2:24-cv-10149-TGB-EAS   ECF No. 79, PageID.1320   Filed 02/03/26   Page 7 of 19

JPMorgan Chase Bank, N.A. Member FDIC        ©2026 JPMorgan Chase & Co        Equal Opportunity Lender

# EXHIBIT 2

Begin forwarded message:

**From:** Craig Sanders <csanders@sanderslaw.group>
**Date:** February 8, 2022 at 11:29:00 AM EST
**To:** Kim Swartz <khs@kimhswartz.com>
**Subject: RE: Unlucky - Red Hawk**

Kim, although at this point more than a little skeptical, we are prepared to receive an ACH if one is forthcoming.  Please remit the $97,435 requested by Scott.

**Craig Sanders, Esq.**



100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah,  Colorado, Washington, Illinois, Indiana, Tennessee  & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the  intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information.  Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Kim Swartz <khs@KimHSwartz.com>
**Sent:** Monday, February 7, 2022 11:12 PM
**To:** Craig Sanders <csanders@sanderslaw.group>
**Subject:** RE: Unlucky - Red Hawk

Craig,

Timothy would like to confirm the proper amount to be paid to Red Hawk so that he can send the funds as requested. Previously the amount of $92,925 was invoiced and confirmed in our emails below. However, Scott has recently requested $97,435. Although Timothy has not received an accounting or documentation for that amount, he is prepared to go ahead and pay that if that is indeed the correct amount that Red Hawk is requesting. Please confirm.

Thank you,

Kim


**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Monday, January 31, 2022 11:08 AM
**To:** Kim Swartz <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk


Kim, please respond one way or another.


**Craig Sanders, Esq.**



100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah, Colorado, Washington, Illinois, Indiana, Tennessee & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the  intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK

PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information.  Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Craig Sanders
**Sent:** Thursday, January 27, 2022 5:01 PM
**To:** 'Kim Swartz' <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk
**Importance:** High

Kim, no ACH was received today.  What is the explanation please?

**Craig Sanders, Esq.**



100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah,  Colorado, Washington, Illinois, Indiana, Tennessee  & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the  intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information.  Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Kim Swartz <khs@KimHSwartz.com>
**Sent:** Tuesday, January 25, 2022 2:13 PM

**To:** Craig Sanders <csanders@sanderslaw.group>
**Subject:** RE: Unlucky - Red Hawk

Craig,

The funds are being sent as an international ACH, not a wire. Once it is released Scott will get an email directly, like last time.

Kim

**Kim H. Swartz, Esq.**

T: 310-880-0884 | khs@KimHSwartz.com | www.KimHSwartz.com

**Law Offices of Kim H. Swartz**

Malibu, California

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify us immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Tuesday, January 25, 2022 1:03 PM
**To:** Kim Swartz <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk

Kim, can you please send the wiring confirmation information

**Craig Sanders, Esq.**



100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah,  Colorado, Washington, Illinois, Indiana, Tennessee  & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the  intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information.  Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message


**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Monday, January 24, 2022 7:00 PM
**To:** Kim Swartz <khs@kimhswartz.com>
**Subject:** Re: Unlucky - Red Hawk


Confirmed

Sent from my iPhone


On Jan 24, 2022, at 5:42 PM, Kim Swartz <khs@kimhswartz.com> wrote:


Craig,


Thank you for talking with me about Red Hawk Films, Inc. and the "Unlucky" film project.  I checked on the exact number and you were right.  Per the last Red Hawk invoice #122821

dated 12/28/2021, the exact amount is $92,925.  Timothy Mucciante would like to wire the $92,925 to Red Hawk and would like to get confirmation on behalf of Red Hawk that upon Red Hawk receiving the $92,925, Red Hawk will send Timothy drives containing all footage that has been shot to date, as well as any releases, work for hire documents, agreements, etc. that have not already been provided to Unlucky Film, Inc.  Please confirm Red Hawk's agreement to this and Timothy will arrange the wire.

Thank you,

Kim

**Kim H. Swartz, Esq.**

T: 310-880-0884 | khs@KimHSwartz.com | www.KimHSwartz.com

**Law Offices of Kim H. Swartz**

Malibu, California

<u>The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients.</u> This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify us immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

# EXHIBIT 3



Markus Wieshofer <markus.wieshofer@piercekwok.com>

## Fwd: There's a problem with your transfer
1 message

**Aaron Pierce** <aaron.pierce@piercekwok.com>                               Tue, Aug 13, 2024 at 1:07 PM
To: Markus Wieshofer <markus.wieshofer@piercekwok.com>

The below makes little sense but the termination is certain.

Aaron H. Pierce Esq.
_____

Pierce & Kwok LLP
299 Broadway - Ste. 1405
New York, NY 10007
Phone: (212) 882-1752
Direct: (347) 678-7262
Email: aaron.pierce@piercekwok.com
www.piercekwok.com

NOTICE: Unless stated otherwise, nothing in this email constitutes an offer at law and is for negotiation purposes only. All rights reserved to make additional alterations to any contractual agreement attached or embedded within the body of this email. This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at the either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

---------- Forwarded message ---------
From: **Timothy Mucciante** <mucciante@gmail.com>
Date: Tue, Aug 13, 2024 at 12:11 PM
Subject: Re: There's a problem with your transfer
To: Aaron Pierce <aaron.pierce@piercekwok.com>

I have asked you on several occasions for us to get on the phone with your bank to determine the problem, what you have refused to do. Now it appears the banking details you provided were incorrect. All I want to do is get on the phone with your bank with you on the phone so we can determine the problem. I don't know why you don't want to do that. I have no way defrauded you or your law firm. You are completely irresponsible to make such a claim.

Please consider yourself discharged effective immediately. I will notify the court. Please consider yourself discharged effective immediately. I will notify the court. I will not wire funds into your wife's account, and that is a completely inappropriate suggestion.

Please send your final bill and I will make sure it is paid.

It is clear that since you did not have the link which was sent out by the court, according to the court clerk, you had no intention of appearing tomorrow.

On Tue, Aug 13, 2024 at 11:57 AM Aaron Pierce <aaron.pierce@piercekwok.com> wrote:
> Not out of line at all. You have defrauded the firm. You should just own it. 3 months to successfully send one payment? Check? Wire? Courier? Give me a break. The whole works would come to a screeching halt.
>
> Aaron H. Pierce Esq.
> _____

FILED: ONONDAGA COUNTY CLERK 08/13/2024 02:28 PM INDEX NO. 001581/2024
NYSCEF DOC. NO. 35                                                                   RECEIVED NYSCEF: 08/13/2024

8/13/24, 1:0 Case 2:24-cv-10149-TGB-EAS Pierce & Kwok LLP Mail - ECF No. 76, PageID.1336 problem Filed 02/03/26 transfer Page 17 of 19

Pierce & Kwok LLP

299 Broadway - Ste. 1405

New York, NY 10007

Phone: (212) 882-1752

Direct: (347) 678-7262

Email: aaron.pierce@piercekwok.com

www.piercekwok.com

NOTICE: Unless stated otherwise, nothing in this email constitutes an offer at law and is for negotiation purposes only. All rights reserved to make additional alterations to any contractual agreement attached or embedded within the body of this email. This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at the either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

On Tue, Aug 13, 2024 at 11:45 AM Timothy Mucciante <mucciante@gmail.com> wrote:
> You are completely out of line. I am not blaming anyone, I am just sharing the information that was shared with me. You are in no way a victim. Wires ARE NOT instant in every case.
>
> Please provide the link so I can appear.
>
> On Tue, Aug 13, 2024 at 11:30 AM Aaron Pierce <aaron.pierce@piercekwok.com> wrote:
>> Nice try. Blame the person being taking advantage of. Wires are instant. I get them all the time. You have two and a half hours. Then I'm filing. Wife info below. You're just doing it wrong.
>>
>> JP Morgan Chase
>> Pierce & Kwok LLP
>> 299 Broadway Suite 1405
>> New York, NY 10007
>> Account #: 383910905
>> Routing #: 021000021
>> Swift Code: CHASUS33
>>
>>
>>
>> Aaron H. Pierce Esq.
>> _____
>>
>> Pierce & Kwok LLP
>>
>> 299 Broadway - Ste. 1405
>>
>> New York, NY 10007
>>
>> Phone: (212) 882-1752
>>
>> Direct: (347) 678-7262
>>
>> Email: aaron.pierce@piercekwok.com
>>
>> www.piercekwok.com
>>
>> NOTICE: Unless stated otherwise, nothing in this email constitutes an offer at law and is for negotiation purposes only. All rights reserved to make additional alterations to any contractual agreement attached or embedded within the body of this email. This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at the either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.
>>
>> On Tue, Aug 13, 2024 at 10:27 AM Timothy Mucciante <mucciante@gmail.com> wrote:
>>> Aaron - please see the email from Wise. I am waiting to hear details on the issue. Please reconfirm your bank details to me ASAP.

I also called Judge McMahon's clerk to ask for the link for tomorrow's hearing. She said that I need to get it from you, so can you please provide that to me please? She also said that both companies are listed as "unrepresented" on the docket. I checked eCourts myself and it does show that, but it also shows you as retained counsel. So at this time, are the two defendants represented or unrepresented?

I continue to feel that the banking bottleneck is not on our end, as the forwarded email shows. Perhaps once you confirm the bank details back to me, we can split the wire into two 10k wires. Regardless is unlikely that this will be resolved by 2pm. I am clearly doing my best to get you paid, so I encourage you to appear as scheduled tomorrow morning.

Timothy

---------- Forwarded message ---------
From: **Timothy Mucciante** <mucciante@gmail.com>
Date: Tue, Aug 13, 2024 at 10:03 AM
Subject: Fwd: There's a problem with your transfer
To: <accountinguk@redbadgefilms.com>

**wise**

Money transfer

Multi-currency account

---

This notification is for the business account of **Unlucky Film, Inc.**.

---

Hello Timothy,

FILED: ONONDAGA COUNTY CLERK 08/13/2024 02:28 PM        INDEX NO. 001581/2024
NYSCEF DOC. NO. 35                                                                        RECEIVED NYSCEF: 08/13/2024

8/13/24, 1:09 PM                                  Pierce & Kwok LLP Mail - There is a problem with your transfer
Case 2:24-cv-10149-TGB-EAS ECF No. 176, PageID.1332 Filed 02/03/26 Page 19 of 19

# Your transfer of 20,000.00 USD to Pierce & Kwok LLP was sent back to us.

There was a problem with your recipient's bank details, so your money was sent back to us.

You can check out the guidelines to our USD transfers here.

To resend your transfer, please review and update your recipient's bank details. If your transfer gets sent back a second time, we'll need to refund you.

You can also cancel this transfer and we'll refund your money.

If we don't hear back from you within 2 days, we'll need to send you a refund.

Thanks,
The Wise team

Want to change what we get in touch about? Go to your **Notification Settings**. We can't receive replies to this email address. But if you'd like some support, please visit our **Help Centre**.

This email was sent to you by Wise  By using our services, you agree to our **customer agreements**

© Wise 2024  All rights reserved