UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** <br> Plaintiff, <br> vs. <br> **RED HAWK FILMS, INC.,** <br> Defendant. | 2:24-CV-10149-TGB-EAS <br><br> HON. TERRENCE G. BERG |

### SECOND DECLARATION OF NON-PAYMENT BY SCOTT ROSENBAUM

I, Scott Rosenbaum, hereby declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this Declaration. All facts stated in this Declaration are true and correct to the best of my knowledge.

2. I am the sole owner of Defendant / Counter-Plaintiff Red Hawk Films, Inc. ("Red Hawk"). Red Hawk is a New York corporation with its principal place of business located in New York.

3. I checked Red Hawk's Chase business account at 9:30 a.m. this morning (February 5, 2026). As of that time, Red Hawk had received no wire transfers, ACH transfers or other deposits of any kind from Unlucky Film Inc. or any other party that might conceivably be related to the Unlucky Film Inc. other than the single $30.00 transfer

that appears to be from Red Badge Films Inc. as disclosed in my first Declaration of Non-Payment filed on February 3, 2026.

4.  Red Hawk has not received any transfers from any source in the amount of $185,206.88 or any similar amount.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on February 5, 2026 in Glen Head, New York.

*scott rosenbaum*
_____

Scott Rosenbaum

2