## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br>Plaintiff,<br><br>v.<br><br>**RED HAWK FILMS, INC.,**<br>Defendant/Counter-Plaintiff. | **Case No. 2:24-cv-10149-TGB-EAS**<br><br>**Hon. Terrence G. Berg** |

## SUPPLEMENTAL AFFIDAVIT OF TIMOTHY MUCCIANTE
## REGARDING PAYMENT STATUS

I, **Timothy Mucciante**, being duly sworn, state as follows:

1. **Capacity and knowledge.** I am the duly authorized representative of Plaintiff Unlucky Film Inc. I have personal knowledge of the facts stated in this affidavit and could competently testify to them if called as a witness.

2. **Initiation of wire transfer and authority.** Acting on behalf of Unlucky Film Inc., I initiated the process of sending an outgoing wire transfer in the amount of **$185,206.88** from the account of Red Badge Films to Defendant's designated JPMorgan Chase Bank, N.A. account.

3. **Transaction identifiers and purpose.** At the time the transfer process was initiated on January 30, 2026, I was provided with a transaction number of **1947375225**. The transfer was initiated in good faith for the purpose of complying with this Court's Orders regarding the judgment entered in this matter. Upon information and belief, this transfer will be an addendum to the current confirmation number **2364400030J0**. A true and correct copy of the deposit note reflecting this transaction is attached as **Exhibit A**.

4. **Prior experience with Chase wire-transfer delays.** This is not the first payment Unlucky Film Inc. has transmitted to Defendant. In October 2021, Unlucky Film wired approximately **$22,500** to Defendant. Based upon available records and memory, that wire transfer was initiated on October 14, 2021 and was not received until October 19, 2021. Notably, the amount involved in that transaction was **substantially smaller** than the **$185,206.88** wire initiated here. Wire delays at Chase do happen on a very regular basis, with larger amounts being flagged more than lesser amounts.

5. **Publicly documented compliance delays.** Public reporting reflects that JPMorgan Chase Bank's automated compliance systems may delay or freeze otherwise lawful transactions pending internal review.

6. **Contradictory payment representations.** In support of Defendant's recent request for default judgment, Mr. Scott Rosenbaum submitted a sworn affidavit stating that Defendant claims damages totaling **$185,206.88**. That sworn representation differs from a prior written instruction from Defendant's counsel, Craig Sanders, who stated in a February 8, 2022 email, *"Please remit the $97,435 requested by Scott."* A true and correct copy of Mr. Sanders' email is attached as **Exhibit B**, and a true and correct copy of Mr. Rosenbaum's affidavit is attached as **Exhibit C**.

7. **Newly discovered evidence and intent to complete payment.** Exhibit C constitutes newly discovered evidence that was never provided during discovery and was not available to Plaintiff prior to the entry of

judgment. This evidence demonstrates a discrepancy between the amount Defendant previously demanded and the amount now claimed to be owed. Notwithstanding that discrepancy, Plaintiff has initiated the present payment in good faith with the intent that the transfer be completed. Any issue concerning an overpayment or refund owed by Defendant may be addressed at a later time.

8. **Chase inquiry process.** From Mr. Rosenbaum's filed declarations, it appears that he has been reaching out to retail operations at JPMorgan Chase Bank. Upon information and belief, meaningful information regarding this transaction is available through Chase's back-office wire transfer research team using the applicable confirmation reference.

9. **Account address validation.** As part of the account validation process, it was determined that the account address on file is **116 Bacon Road, Old Westbury, New York 11568**. That address is also listed as the registered office address of Defendant according to New York State records, attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Timothy Mucciante, on behalf of Unlucky Film Inc.
Date: February 06, 2026

Please see attached
All Purpose
Jurat form
for additional
Notary Events

02/06/2026

# LIST OF EXHIBITS

Exhibit A – Deposit note reflecting initiation of wire transfer (redacted).

Exhibit B – Email from Craig Sanders dated February 8, 2022.

Exhibit C – Affidavit of Scott Rosenbaum.

Exhibit D – New York State public inquiry record for Defendant.





# EXHIBIT A

**Transfer**
#1947375225

**PDF downloaded**
February 05, 2026 18:12:49 EST

**Transfer created**
January 30, 2026 13:03:28 EST

## Sender details

**Name**
Red Badge Films Inc

**Address**
1098 Ann Arbor Rd W, Suite 330
Plymouth, 48170
Michigan, United States

## Transfer overview

**You send**
185,215.91 USD

**Exchange rate**
1 USD = 1.0000 USD

**Recipient gets**
185,206.88 USD

**Transfer fees**
Payment method 6.11 USD
Wise 2.92 USD

**Total 9.03 USD**

## Your recipient's details

**Name**
Red Hawk Films

**Address**
116 Bacon Rd
Old Westbury, 11568
New York, United States

**Account details**
JPMORGAN CHASE BANK, NA
███████ 8759
021000021



# EXHIBIT B

Begin forwarded message:

**From:** Craig Sanders <csanders@sanderslaw.group>
**Date:** February 8, 2022 at 11:29:00 AM EST
**To:** Kim Swartz <khs@kimhswartz.com>
**Subject:** RE: Unlucky - Red Hawk

Kim, although at this point more than a little skeptical, we are prepared to receive an ACH if one is forthcoming. Please remit the $97,435 requested by Scott.

**Craig Sanders, Esq.**

 SANDERS
·LAW GROUP·

100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah,  Colorado, Washington, Illinois, Indiana, Tennessee & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Kim Swartz <khs@KimHSwartz.com>
**Sent:** Monday, February 7, 2022 11:12 PM
**To:** Craig Sanders <csanders@sanderslaw.group>
**Subject:** RE: Unlucky - Red Hawk

Craig,

Timothy would like to confirm the proper amount to be paid to Red Hawk so that he can send the funds as requested. Previously the amount of $92,925 was invoiced and confirmed in our emails below. However, Scott has recently requested $97,435. Although Timothy has not received an accounting or documentation for that amount, he is prepared to go ahead and pay that if that is indeed the correct amount that Red Hawk is requesting. Please confirm.

Thank you,

Kim

**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Monday, January 31, 2022 11:08 AM
**To:** Kim Swartz <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk

Kim, please respond one way or another.

**Craig Sanders, Esq.**

 SANDERS

100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah, Colorado, Washington, Illinois, Indiana, Tennessee & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK

PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Craig Sanders
**Sent:** Thursday, January 27, 2022 5:01 PM
**To:** 'Kim Swartz' <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk
**Importance:** High

Kim, no ACH was received today.  What is the explanation please?

**Craig Sanders, Esq.**



100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah, Colorado, Washington, Illinois, Indiana, Tennessee & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Kim Swartz <khs@KimHSwartz.com>
**Sent:** Tuesday, January 25, 2022 2:13 PM

**To:** Craig Sanders <csanders@sanderslaw.group>
**Subject:** RE: Unlucky - Red Hawk

Craig,

The funds are being sent as an international ACH, not a wire.  Once it is released Scott will get an email directly, like last time.

Kim

**Kim H. Swartz, Esq.**

T: 310-880-0884 | khs@KimHSwartz.com | www.KimHSwartz.com

**Law Offices of Kim H. Swartz**

Malibu, California

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify us immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Tuesday, January 25, 2022 1:03 PM
**To:** Kim Swartz <khs@KimHSwartz.com>
**Subject:** RE: Unlucky - Red Hawk

Kim, can you please send the wiring confirmation information

**Craig Sanders, Esq.**



**SANDERS** LAW GROUP

100 Garden City Plaza | Fifth Floor

Garden City, NY 11530

Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7634

email: csanders@sanderslaw.group

Admitted to State and/or Federal Courts in New York, New Jersey, Florida, California, Texas, Nebraska, Oklahoma

District of Columbia, Maryland, Utah, Colorado, Washington, Illinois, Indiana, Tennessee & Wisconsin

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message

**From:** Craig Sanders <csanders@sanderslaw.group>
**Sent:** Monday, January 24, 2022 7:00 PM
**To:** Kim Swartz <khs@kimhswartz.com>
**Subject:** Re: Unlucky - Red Hawk

Confirmed

Sent from my iPhone

On Jan 24, 2022, at 5:42 PM, Kim Swartz <khs@kimhswartz.com> wrote:

Craig,

Thank you for talking with me about Red Hawk Films, Inc. and the "Unlucky" film project. I checked on the exact number and you were right. Per the last Red Hawk invoice #122821

dated 12/28/2021, the exact amount is $92,925.  Timothy Mucciante would like to wire the $92,925 to Red Hawk and would like to get confirmation on behalf of Red Hawk that upon Red Hawk receiving the $92,925, Red Hawk will send Timothy drives containing all footage that has been shot to date, as well as any releases, work for hire documents, agreements, etc. that have not already been provided to Unlucky Film, Inc.  Please confirm Red Hawk's agreement to this and Timothy will arrange the wire.


Thank you,

Kim


**Kim H. Swartz, Esq.**

T: 310-880-0884 | khs@KimHSwartz.com | www.KimHSwartz.com

**Law Offices of Kim H. Swartz**

Malibu, California

EXHIBIT C

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify us immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

ported to me that the facts to the best of

# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** | **2:24-CV-10149-TGB-EAS** |
| Plaintiff, | |
| vs. | Hon. Terrence G. Berg |
| **RED HAWK FILMS, INC.,** | **Magistrate Judge Elizabeth A.** |
| Defendant/Counter-Plaintiff. | **Stafford** |

### AFFIDAVIT REGARDING
### DEFENDANT'S RENEWED MOTION FOR ENTRY OF A
### <u>DEFAULT JUDGMENT ON DEFENDANT'S COUNTERCLAIMS</u>

I, Scott Rosenbaum, hereby declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this Declaration. All facts stated in this Declaration are true and correct to the best of my knowledge.

2. I am the sole owner of Defendant / Counter-Plaintiff Red Hawk Films, Inc. ("<u>Red Hawk</u>"). Red Hawk is a New York corporation with its principal place of business located in New York.

3. The amounts set forth in Red Hawk's Counterclaim in this matter are due and owing by Unlucky Film Inc. to Red Hawk after accounting for all payments made by Unlucky Film Inc.: contractual damages of $97,706.88 for unpaid invoiced amounts, and $87,500 for unpaid contractually required director and production services fees, for total readily ascertainable contract damages in the amount of $185,206.88.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on October 27, 2025 in Glen Head, New York.

Scott Rosenbaum

# EXHIBIT D

An official website of New York State.
Here's how you know ∨



Q

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** RED HAWK FILMS, INC.
**DOS ID:** 3184477
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/30/2005
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/30/2005
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** NASSAU
**NEXT STATEMENT DUE DATE:** 03/31/2015
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

‹ ENTITY DISPLAY   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION

**Address:** 116 BACON ROAD, OLD WESTBURY, NY, UNITED STATES, 11568

Electronic Service of Process on the Secretary of State as agent: Not Permitted

Chief Executive Officer's Name and Address

**Name:** SCOTT ROSENBAUM

**Address:** 116 BACON RD, OLD WESTBURY, NY, UNITED STATES, 11568

Principal Executive Office Address

**Address:** 116 BACON RD, OLD WESTBURY, NY, UNITED STATES, 11568

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices

# JURAT ATTACHMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___Texas___ }

COUNTY OF ___Harris___ }

The foregoing instrument was subscribed and sworn before me this date of ___02/06/2026___, by ___Timothy Mucciante___

This notarial act was an online notarization.



LUCIA JAZMIN VELAZQUEZ
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID: 133662277
COMMISSION EXP: MAR 23, 2026
(Notary Seal)

Notary's Signature _____

Registration No.: ___133662277___

Commission Expiration Date: ___March 23, 2026___