UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br><br>    Plaintiff,<br>    vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>    Defendant/Counter-Plaintiff. | **2:24-CV-10149-TGB-EAS**<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

**POST-JUDGMENT ORDER PROHIBITING UNLUCKY FILMS, INC. FROM DISPOSING OF ASSETS AND PERMITTING RED HAWK FILMS, INC. TO TAKE POST-JUDGMENT DISCOVERY**

This Court having entered Judgment against Plaintiff / Counter-defendant Unlucky Film Inc. ("Unlucky") and in favor of Defendant and Counter-plaintiff Red Hawk Films, Inc. ("Red Hawk"); Red Hawk having filed a motion on an *ex-parte* basis for entry of an Order prohibiting Unlucky from disposing of its assets and permitting Red Hawk to take post-Judgment discovery; the Court finding that issuance of this Order on an *ex-parte* basis is proper under the circumstances; and the Court being fully advised in the premises;

**THEREFORE, IT IS HEREBY ORDERED THAT:**

    1.    The Court hereby prohibits and enjoins Unlucky from taking any action to transfer, sell, assign, encumber, remove, conceal, destroy,

or otherwise dispose of any assets for any reason absent further Order of this Court authorizing such disposition.

2. Red Hawk is permitted to take post-Judgment discovery to aid in collecting on the Judgment. Without limitation, Red Hawk may issue subpoenas to Unlucky and Unlucky's owner, Timothy Mucciante, requiring the production of documents and testimony under oath at a time and place to be determined by Red Hawk with no less than fourteen (14) days' prior notice to Unlucky and Mr. Mucciante. Unlucky and Mr. Mucciante are hereby ordered to fully comply with any such subpoenas issued by Red Hawk.

IT IS SO ORDERED.

s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Date: February 10, 2026