UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,**<br><br>    Plaintiff,<br>      vs.<br><br>**RED HAWK FILMS, INC.,**<br><br>    Defendant/Counter-Plaintiff. | 2:24-CV-10149-TGB-EAS<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

**POST-JUDGMENT ORDER AUTHORIZING AUCTION SALE OF CERTAIN ASSETS OF JUDGMENT DEBTOR**

This Court having entered Judgment against Plaintiff / Counter-defendant Unlucky Film Inc. ("Unlucky") and in favor of Defendant and Counter-plaintiff Red Hawk Films, Inc. ("Red Hawk"); Red Hawk having filed a motion on an *ex-parte* basis for entry of an Order permitting Red Hawk to sell certain assets belonging to Unlucky at auction with the proceeds to be applied against the Judgment; the Court finding that issuance of this Order on an *ex-parte* basis is proper under the circumstances; and the Court being fully advised in the premises;

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Court hereby authorizes Red Hawk to sell at auction (the "<u>Auction</u>") the following assets (collectively, the "<u>Sale Assets</u>") free and clear of all interests, assignments, encumbrances or other restrictions created by or for Unlucky:

   (a) all copyrights in the Film, any portion of the Film, any video, pictures and all other materials in any relating to the Film;

   (b) all contract rights in or relating to the Contract; and

   (c) all other rights, contract rights, assignments, licenses, permits, authorizations, expectancies, claims, causes of action, judgments, litigation rights, rights to enforce orders, and any other right, claim interest or asset related in any way to the Film, Mr. Broadwater, the Contract and this litigation.

2. Notice of the Auction shall be sufficient if has been provided no less than ten days before the Auction is conducted:

   a. to Unlucky via overnight courier at the address on record with the Court; and

   b. to the general public by causing public notice of the Auction to be published in both the Detroit Legal News and Oakland County Legal News no less than ten days before the Auction.

3. The Auction may be conducted at 40950 Woodward Ave., Ste. 100, Bloomfield Hills, MI on the day and time as set forth in the notices to Unlucky and in the public notice. If the Auction location, date or time is changed, no less than ten days before the re-scheduled Auction, the new location, date and time must be provided to Unlucky and any party that has expressed an interest in attending the Auction and the new Auction information much be published again in the Detroit Legal News and Legal Oakland County News.

4. The Auction may be conducted by counsel for Red Hawk or any auctioneer employed by Red Hawk. Red Hawk may bid at the Auction and may credit bid in any amount up to, but not to exceed, the amount of the Judgment. All proceeds of the Auction shall be applied against the Judgment after payment of all costs and expenses of conducting the Auction.

5. The Sale of the Assets are to be closed immediately after the Auction or no more than within three business days thereafter. Red Hawk is authorized to provide a bill of sale to the successful bidder at the Auction, which may be Red Hawk. The Sale of the Assets shall be entirely free and clear of all encumbrances, assignments, claims, rights, and interests of any kind of Unlucky or of any other person or entity claiming by or through Unlucky.

6. This Court retains jurisdiction to resolve any dispute or claims relating to the Auction and Sale of the Assets.

**IT IS SO ORDERED.**

s/Terrence G. Berg  
Hon. Terrence G. Berg  
United States District Judge

Date: February 10, 2026