UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNLUCKY FILMS INC.,

        Plaintiff(s),

v.

RED HAWK FILMS, INC.,

        Defendant(s).
_____/

Case No. 24-10149

Judge  Terrence G. Berg

Magistrate Judge  Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __88__, filed __2/23/2026__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other:  The wrong hearing date was entered on the order. Correct hearing date is March 3, 2026 at 10:00 a.m.

If you need further clarification or assistance, please contact __Emily Vradenburg__ at __(313) 234-2644__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: February 23, 2026

s/E. Vradenburg
Deputy Clerk