UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.**, Plaintiff/Counter-Defendant, <br><br> v. <br><br> **RED HAWK FILMS, INC.**, Defendant/Counter-Plaintiff. | 2:24-cv-10149-TGB-EAS <br><br> Judge Terrance G. Berg <br><br> Magistrate Judge Elizabeth A. Stafford |

MOTION FOR ADJOURNMENT OF CONTEMPT HEARING

Plaintiff/Counter-Defendant, Unlucky Film Inc. ("Unlucky Film") and Timothy Mucciante ("Mucciante"), by and through undersigned counsel, hereby file their Motion for Adjournment of Contempt Hearing. In support of this Motion, Unlucky Film and Mucciante states:

1. As of this filing, Mucciante will be unable to physically appear at his Contempt Hearing set for March 3, 2026 at 10:00AM due to his present hospitalization. ECF No. 90.

2. On or around February 26, 2026, Mucciante was admitted to a Lansing hospital.

3. On March 2, 2026, Mucciante informed his counsel that he may need to have a medical procedure on March 3, 2026 and as a result, he would be unable to appear at his Contempt Hearing.

4. Throughout March 2, 2026, Mucciante was to undergo testing to confirm whether or not the medical procedure would be necessary.

5. As of this filing, Counsel has not received any further update from Mucciante and believes that he remains hospitalized, which would make him unable to appear, in-person, at his Contempt Hearing.

6. On March 2, 2026, Counsel for Mucciante apprised this Court of Mucciante's current situation and was advised to file this Motion for Adjournment.

WHEREFORE, Unlucky Film and Mucciante respectfully requests this Court to enter an Order granting an adjournment of Muccitante's Contempt Hearing.

Respectfully Submitted,

**A|SQUARED LEGAL GROUP, PLC**

Dated: March 2, 2026

/s/ Alari K. Adams, Esq.
Alari K. Adams (P73324)
Attorney for Plaintiff/Counter-Defendant
607 Shelby Suite 728
Detroit, Michigan 48226
(313) 702-2222