UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.**, Plaintiff/Counter-Defendant, <br><br> v. <br><br> **RED HAWK FILMS, INC.,** Defendant/Counter-Plaintiff. | 2:24-cv-10149-TGB-EAS <br><br> Judge Terrance G. Berg <br><br> Magistrate Judge Elizabeth A. Stafford |

MOTION FOR WITHDRAWAL AS PLAINTIFF/COUNTER-DEFENDANT'S COUNSEL

NOW COMES Alari K. Adams and A|Squared Legal Group, PLC ("Counsel"), hereby moves, pursuant to MRPC 1.16(b)(4) and/or (5)[1], for permission to withdraw as counsel for Plaintiff/Counter-Defendant, Unlucky Film, Inc. ("Unlucky Film") and in support of its request states as follows:

1. On October 30, 2025 Counsel filed an appearance to represent Unlucky Film in the above captioned action.

---

[1] Federal courts in Michigan apply the Michigan Rules of Professional Conduct ("MRPC") for questions of attorney withdrawal. *Davis v. State Farm fire & Cas. Co.,* 351 Fed. Appx. 990 (6th Cir. 2009); *see also* L.R. 83.22(b).

2. The attorney-client relationship between Counsel and Unlucky Film has been irretrievably broken due to non-payment of Counsel's agreed upon fees for work done on this matter.

3. Counsel is unable to continue providing adequate legal representation for Unlucky Film without compensation.

4. Requiring Counsel to remain on the case, without relieving her of her legal duty to continue on in this matter, would create an undue burden upon Counsel's resources and would impair her ability to effectively provide the representation, as Counsel does not have the resources necessary to devote to this matter to the exclusion of other matters within her office that will provide income to Counsel.

5. Counsel has provided Unlucky Film with numerous opportunities to satisfy payment and ensure continued legal representation, but Unlucky Film has continuously failed to do so.

6. Counsel has provided Unlucky Film with reasonable warning(s) that its continued failure to pay for legal services would result in the filing of this Motion.

7. Pursuant to MRPC 1.16(b)(4), a lawyer may withdraw from

representing a client if the client fails substantially to fulfill an obligation to the lawyer for the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation has been fulfilled.

8. Pursuant to MRPC 1.16(b)(5), a lawyer may withdraw from representing a client if the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client.

9. This Court may also permit counsel to withdraw if other good cause exists. MRPC 1.16(b)(6).

8. A succeeding attorney is not known by Counsel.

9. Counsel has informed Unlucky Film of its pending post-judgment obligations owed to this Court and Red Hawk Films, Inc, Defendant/Counter-Plaintiff.

10. Unlucky Film is aware that a lack of legal representation in this matter could have adverse results against Unlucky Film and its owner/agent, Timothy Mucciante.

11. Although this case is closed, in order to avoid any risk of prejudice to Unlucky Film, Counsel requests that this Court

grant any relief it deems necessary to provide Unlucky Film an opportunity to ensure that their outstanding post-judgment obligation(s) are adequately met and resolved.

12. Counsel certifies that this Motion is not being filed for the purposes of delay.

13. Unlucky Film received a copy of this Motion.

14. In the event the Court requires more details concerning this Motion, Counsel will provide that information in the manner requested by the Court and to the extent permitted under the applicable Court rules and MRPC.

WHEREFORE, Alari K. Adams and A|Squared Legal Group, PLC respectfully requests that this Court enter an order permitting it to Withdraw as Counsel for Unlucky Film and for any other relief that may be appropriate to facilitate such withdrawal and protect the interests of Unlucky Film.

## MEMORANDUM IN SUPPORT OF MOTION

In support of its Motion to Withdraw as Counsel for Plaintiff/Counter-Defendant, Unlucky Film, Inc., Counsel relies upon MRPC 1.16 and the facts set forth in its motion.

5

Dated: March 6, 2026  

Respectfully submitted,

A|SQUARED LEGAL GROUP, PLC

<u>/s/ Alari K. Adams, Esq.</u>
Alari K. Adams (P73324)
607 Shelby Suite 728
Detroit, Michigan 48226
(313) 702-2222
aa@asquaredlegal.com
*Attorney for Plaintiff/Counter-Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 6, 2026, the foregoing document was electronically filed with via the Court's CM/ECF system, which will then send a notification of such filing to the above attorney(s) of record and a copy was served upon Plaintiff via email.

<u>/s/ Alari K. Adams, Esq.</u>
Alari K. Adams (P73324)