UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| **UNLUCKY FILMS INC.**, <br><br> Plaintiff, <br> vs. <br><br> **RED HAWK FILMS, INC.**, <br><br> Defendants. | **2:24-CV-10149-TGB-EAS** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER REGARDING CONTEMPT HEARING** |

A Contempt Hearing was held on April 2, 2026 to address the Order finding Mr. Timothy Mucciante in Contempt of Court (ECF No. 90). At the hearing, Mr. Mucciante testified regarding contempt order (ECF No. 90) and failed to purge contempt. Mr. Mucciante stated under oath that he would pay the outstanding judgment amount by no later than April 17, 2026.

Consequently, Mr. Mucciante is **ORDERED** to pay the remaining judgment amount to Defendant by April 17, 2026. If Mr. Mucciante fails to do so, pursuant to the Order Finding Timothy Mucciante in Contempt of Court (ECF No. 90), he **SHALL PAY** $1,000 per week to the Court, commencing on April 17, 2026, and continuing each week thereafter until judgment has been paid.

**SO ORDERED.**

Dated: April 9, 2026

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE