UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** | **2:24-CV-10149-TGB-EAS** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **RED HAWK FILMS, INC.,** | |
| Defendant. | |

### RESPONSE TO TIMOTHY MUCCIANTE'S SEALED MOTION TO EXTEND DEADLINE TO APRIL 22, 2026

Red Hawk Films, Inc. ("Red Hawk") opposes Timothy Mucciante's Sealed Motion to Extend Deadline to April 22, 2026 (the "Motion for Further Delay") and states as follows:

1.    Timothy Mucciante has not served the Motion for Further Delay on Red Hawk. Nor has Mr. Mucciante obtained leave of Court to file the Motion for Further Delay under seal as required by the Court's Local Rules (E.D. Mich. LR 5.3(b)(1)). However, without seeing the Motion, Red Hawk objects to any further delay.[1]

---

[1] Counsel for Red Hawk requested a copy of the Motion by email at 1:46 pm. Mr. Mucciante responded that he would email a copy as soon as he got back to his office. As of the filing of this Response (after 4 pm), Red Hawk has not received the Motion. See attached correspondence.

2.     Unlucky Film Inc. ("Unlucky") and Mr. Mucciante are continuing the charade that has plagued this case from the very beginning.

3.     From the very first telephone discussion between counsel for Red Hawk and Unlucky in March or 2024, Unlucky stated that it was willing and able to settle this matter and make payments to Red Hawk.

4.     Since that time, Red Hawk has expended substantial time and legal fees attempting to reach a settlement with Unlucky, with Unlucky repeatedly refusing to complete a settlement. Like Lucy taunting Charlie Brown trying to kick a football, Unlucky would pull the ball back just before reaching an agreement – over and over.

5.     Now, Unlucky and Mr. Mucciante are playing this same game with the Court.

6.     On January 26, 2026, Unlucky filed its Response in Opposition to Counter-Plaintiff's Ex-Parte Post-Judgment Motion (the "Post-Judgment Response," ECF No. 77).

7.     In the Post-Judgment Response, Unlucky stated:

> Unlucky Film does not dispute that it owes the Judgment and stands ready to pay the total amount to Red Hawk, *immediately*.

2

Post-Judgment Response, p. 4 (Page.ID #1275) [emphasis in original].[2]

8.      Attached to Post-Judgment Response was a declaration signed by Mr. Mucciante under penalty of perjury. ECF No. 77-2. In this declaration, Mr. Mucciante stated:

> Unlucky Film, Inc. stands ready to satisfy the Judgment immediately.

Declaration, ¶3.

9.      On January 29, 2026, during a telephonic status conference, counsel for Unlucky reiterated that Unlucky was willing and able to satisfy the judgment, and required only a process for obtaining the film materials it believed it was owed.

10.      That same day, the Court issued an order requiring payment of the judgment in full by February 2, 2026. Unlucky did not pay the judgment.

11.      However, Unlucky and Mr. Mucciante did show they have the ability to wire funds – a $30.00 wire was received by Red Hawk with the notation "TEST RED BADGE FILMS INC – WR." ECF No. 79,

---

[2] Unlucky, however, requested that the Court order Red Hawk to deliver certain material relating to the September 2021 Production Services Agreement before funds would be released to Red Hawk.

3

¶3. This is the *only* payment Red Hawk has received from Unlucky or any entity related to Unlucky since long before this litigation commenced in 2024.

12. On February 2, 2026, Mr. Mucciante filed an Affidavit of Timothy Mucciante Regarding Payment of Judgment. In this affidavit, Mr. Mucciante stated:

> I initiated the process of sending out an outgoing wire transfer on Friday, January 30, 2026 at approximately 1:03 PM, in the full judgment amount of $185,206.88 payable to Red Hawk Films. The transaction number confirming the initiation of this transfer is #1947375225.

February 2, 2026 Affidavit, ¶8.

> Once the wire transfer *had been initiated*, I had no control over Chase's internal review process or the timing of any crediting of the funds.

February 2, 2026 Affidavit, ¶13 [emphasis added].

> I initiated the payment process to satisfy the Judgment in good faith and in compliance with the Court's Order.

February 2, 2026 Affidavit, ¶15.

13. Unlucky and Mr. Mucciante have presented absolutely no evidence that any payment process had ever been initiated, despite having been given generous opportunities to do so.

4

14.   On February 6, 2026, Mr. Mucciante submitted a

Supplemental Affidavit at ECF No. 81 stating:

> Acting on behalf of Unlucky Film Inc., I initiated the
> process of sending an outgoing wire transfer in the
> amount of $185,206.88 from the account of Red Badge
> Films to Defendant's designated JPMorgan Chase Bank,
> N.A. account.

Supplemental Affidavit, ¶2.

15.   The Supplemental Affidavit included a purported

transaction number and an attachment styled "Deposit note reflecting

initiation of wire transfer (redacted)." This document purports to show a

transfer from Red Badge Films Inc in the amount of $185,215.91, but

without showing any recipient. ECF No. 81, Page.ID #1339.

16.   This purported transfer never occurred.

17.   Mr. Mucciante also stated: "Upon information and belief,

meaningful information regarding this transaction is available through

Chase's back-office wire transfer research team using the applicable

confirmation reference." Supplemental Affidavit, ¶8.

18.   Because this transaction was never initiated, Mr. Mucciante

knew that there could be no way that any information regarding the

non-existent transaction could be available through Chase's back-office wire transfer research team.

19. This Court has held Mr. Mucciante in contempt from February 23, 2026 through the present date. ECF Nos. 88 and 90. This Court has clearly expressed the grounds for contempt and what Mr. Mucciante must do to purge the contempt. Mr. Mucciante has not taken any actions in accordance with this Court's orders.

20. At a hearing held on April 8, 2026, Mr. Mucciante stated that he would be able to pay the judgment in full within 48 hours.[3]

21. Counsel for Red Hawk suggested a longer amount of time to permit payment via bank check rather than wire transfer.

22. On April 9, 2026, this Court entered its Order Regarding Contempt Hearing, ordering, again, that the judgment must be paid – this time by April 17, 2026.

23. Mr. Mucciante did reach out to counsel for Red Hawk requesting concurrence in a delay to April 22, 2026. Counsel for Red

---

[3] Because a transcription of the hearing is not available, the undersigned relies on notes from the hearing and does not represent that these exact words were used, but the import was that payment could be made promptly.

Hawk requested information about the funds that would be used to make payment, but received no information. Accordingly, Red Hawk refused to consent. Copies of the email correspondence are attached.

24. Red Hawk has not received a copy of the Sealed Motion for Further Delay and reserve the right to supplement this response to respond to any allegations or representations set forth in that Motion.

For all these reasons, Red Hawk submits that Mr. Mucciante has no intent to pay the judgment and is only attempting to gain further delay and further increase Red Hawk's costs in this matter. Therefore, Red Hawk requests that the Court deny the Motion for Further Delay and grant Red Hawk such relief as is just and equitable under the circumstances.

HEILMAN LAW PLLC

Dated: April 20, 2026      By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorney for Defendant
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

# EXHIBIT 1

| | |
|---|---|
| **From:** | UnluckyLitigation@proton.me |
| **To:** | Ryan Heilman |
| **Subject:** | Re: RE: Payment |
| **Date:** | Friday, April 17, 2026 10:19:31 AM |
| **Attachments:** | image001.png |

Sorry, I do not feel comfortable sharing information like account numbers with you, given your past activities. Sorry to be so blunt, but I would be a fool to do so.

I will assume from your email that you do not concur and will state that in the motion.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Friday, 04/17/26 at 10:11 Ryan Heilman <Ryan@heilmanlaw.com> wrote:

Tim,

Do you have the funds? If you can show proof of funds acceptable to Red Hawk in an account held by Unlucky, including the name of the bank or financial institution, the account number and a sufficient net balance to fund the payment, we could agree to the extension through April 22.

Regards,

Ryan D. Heilman

40900 Woodward Ave., Suite 100

Bloomfield Hills, MI 48304

Phone: (248) 835-4745

ryan@heilmanlaw.com



**From:** UnluckyLitigation@proton.me <UnluckyLitigation@proton.me>
**Sent:** Friday, April 17, 2026 8:47 AM
**To:** Ryan Heilman <Ryan@heilmanlaw.com>
**Subject:** Re: Payment

Good morning,

Due to the medical procedure yesterday, I will not be able to get to the bank today as I anticipated.

I have also just checked the online records for Red Hawk Films, Inc. in New York, and the address for the corporation  has not yet been updated and the filings are still delinquent. I would prefer to avoid attempting a wire transfer given these circumstances.

I'm going to file a motion requesting the judge to extend the deadline to Wednesday, April 22, 2026. Do you concur?

Timothy Mucciante

Sent from Proton Mail for iOS.

-------- Original Message --------
On Wednesday, 04/15/26 at 12:09 UnluckyLitigation@proton.me wrote:

> Good afternoon,

> It has been somewhat time-consuming finding a brick-and-mortar bank that would deal with someone in my situation.

I think I have found one, and hopefully that account will be open and funded Friday morning. If all goes well, I can get the cashiers check to your office Friday afternoon.

The back up plan is to push the wire transfer through for the net amount.

I am having a medical procedure tomorrow at the University of Michigan, so I cannot wrap this up tomorrow.

Please contact me with any questions. Otherwise, let's touch base Friday morning.

Timothy Mucciante

Sent from Proton Mail for iOS.

| From: | UnluckyLitigation@proton.me |
|---|---|
| To: | Ryan Heilman |
| Subject: | Re: FW: Sealed Motion in 2:24-cv-10149-TGB-EAS Unlucky Film Inc. v. Red Hawk Films, Inc. |
| Date: | Monday, April 20, 2026 2:02:17 PM |
| Attachments: | image001.png |

Hello,

Just for my reference, when I file in the pro se portal and the Clerks Office adds the document to the docket, do you get an ECF notice of filing?

I'm not quite sure why this was filed under seal, as I did not request that. As soon as I get back to my office, I will send it to you.

Timothy Mucciante

Sent from Proton Mail for iOS.

-------- Original Message --------
On Monday, 04/20/26 at 13:46 Ryan Heilman <Ryan@heilmanlaw.com> wrote:

Mr. Mucciante,

I am requesting that you send me a copy of your sealed motion by email.

Thank you,

Ryan D. Heilman

40900 Woodward Ave., Suite 100

Bloomfield Hills, MI 48304

Phone: (248) 835-4745

ryan@heilmanlaw.com



**From:** cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
**Sent:** Monday, April 20, 2026 1:01 PM
**To:** do_not_reply@mied.uscourts.gov
**Subject:** Sealed Motion in 2:24-cv-10149-TGB-EAS Unlucky Film Inc. v. Red Hawk Films, Inc.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 4/20/2026 at 1:00 PM EDT and filed on 4/17/2026

**Case Name:** Unlucky Film Inc. v. Red Hawk Films, Inc.
**Case Number:** 2:24-cv-10149-TGB-EAS
**Filer:**
**WARNING: CASE CLOSED on 12/15/2025**
**Document Number:** 97

**Docket Text:**
**SEALED MOTION to Extend Deadline to April 22, 2026 filed by Movant, Timothy Mucciante. [PRO SE UPLOAD] (CCie)**


**2:24-cv-10149-TGB-EAS Notice has been electronically mailed to:**

Ryan D. Heilman    ryan@heilmanlaw.com

**2:24-cv-10149-TGB-EAS Notice will not be electronically mailed to:**

Unlucky Film Inc.
1518 Haslett Road
Box 105
Haslett, MI 48840

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=4/20/2026]
[FileNumber=12935465-
0]
[0416648dc8d8e5b7bab32da46f3c3effdd160aecb00c061142073cbadfe0e81617
d6ac08ac169a728805254f8f58c65babedb929694a85de5955b4ee731a87f1]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC.,** | **2:24-CV-10149-TGB-EAS** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **RED HAWK FILMS, INC.,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I electronically filed Counter-plaintiff's Response to Timothy Mucciante's Sealed Motion to Extend Deadline to April 22, 2026 ("Response") using the ECF system which sent notification of such filing to all counsel of record. I further certify that a copy of the Response was served on Unlucky Film Inc. and Timothy Mucciante via email at UnluckyLitigation@proton.me and via U.S. mail to:

Unlucky Film Inc.
Attn: Timothy Mucciante
1098 Ann Arbor Rd W
Ste 330
Plymouth, MI 48170

HEILMAN LAW PLLC


Dated:  April 20, 2026          By:   /s/ Ryan D. Heilman
                                      Ryan D. Heilman (P63952)
                                      Attorney for Defendant
                                      40900 Woodward Ave., Suite 100
                                      Bloomfield, MI 48304
                                      (248) 835-4745
                                      ryan@heilmanlaw.com