UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNLUCKY FILM INC,** <br><br> Plaintiff, <br><br> vs. <br><br> **RED HAWK FILMS, INC.** <br><br> Defendant. | **2:24-CV-10149-TGB-EAS** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER GRANTING PLANTIFF'S MOTION TO EXTEND DEADLINE FOR PAYMENT OF JUDGMENT TO APRIL 22, 2026 (ECF NO. 97),** <br><br> **AND DIRECTING THE CLERK OF COURT TO UNSEAL THE MOTION.** |

On April 17, 2026, Timothy Mucciante, the representative and sole shareholder of Plaintiff Unlucky Film, Inc. filed a sealed Motion to Extend Deadline [for payment of judgment] to April 22, 2026. ECF No. 97.

A response was filed by Defendant Red Hawk Films, Inc. on April 20, 2026, opposing the requested extension. ECF No. 98.

Upon consideration of the motion and the response, it is **ORDERED** that the sealed Motion to Extend Deadline (ECF No. 97) is **GRANTED**. The deadline is hereby extended to May 5, 2026.

It is **FURTHER ORDERED** that any additional requests for extensions will not be considered and stricken from the record.

1

It is **FURTHER ORDERED** that the Clerk of Court shall unseal the Motion to Extend Deadline (ECF No. 97) since the motion does not comply with E.D. Mich. LR 5.3(b)(1).

**SO ORDERED.**

Dated: May 1, 2026          s/Terrence G. Berg
                            HON. TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE